IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| DANIEL Z. LEWIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 2:08-CV-130-TFM |
| CHASE BANK USA, N.A., et al., | ) ) ) |
| Defendants. | ) |

**MOTION TO EXTEND DEADLINE FOR FILING
CONSENT FOR ASSIGNMENT TO MAGISTRATE JUDGE**

Defendant Chase Bank USA, N.A. ("Chase"), moves the Court to enter an Order extending the deadline for filing the Consent for Assignment to Magistrate Judge (the "Consent") by ten (10) days.

As grounds therefor, Chase states as follows:

1. Chase and plaintiff Daniel Z. Lewis ("Lewis) have reached a settlement of all issues in this action, however, the settlement will not be consummated by March 21, 2008, the current deadline for filing the Consent.

2. Upon consummation of their settlement, Chase and Lewis will stipulate to the dismissal of this action, with prejudice. Allowing the parties an additional ten (10) days to file the Consent will allow them to consummate their settlement and dismiss this action before being required to file the Consent.

3. Counsel for Lewis consents to the Court's granting of this motion.

        s/ Lee M. Pope
        Lee M. Pope (POP008)


        s/Helen Kathryn Downs
        Helen Kathryn Downs (DOW019)

        Attorneys for Defendant
        Chase Bank USA, N.A.


**JOHNSTON BARTON PROCTOR & ROSE LLP**
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama  35209
Telephone:     (205) 458-9400
Facsimile:     (205) 458-9500
lmp@johnstonbarton.com
hkd@johnstonbarton.com

**OF COUNSEL**


### CERTIFICATE OF SERVICE

     I hereby certify that on this the 13th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

     Mr. L. Shane Seaborn
     Mr. Will Partin
     PENN & SEABORN, L.L.C.
     Post Office Box 688
     Clayton, AL  36016


        s/Lee M. Pope
        Of Counsel

W0636913.DOC