IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL Z. LEWIS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:08-cv-130-TFM |
| | ) |
| CHASE BANK USA, N.A., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### ORDER ON MOTION

Upon consideration of Defendant's unopposed *Motion to Extend Deadline for Filing Consent . . .* (Doc. #5, filed March 13, 2008), it is hereby **ORDERED** that the motion is **GRANTED**, and the new deadline for the parties' consent to the assignment to a magistrate judge is extended to **March 31, 2008**.

Done this 14th day of March, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE