**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **DANIEL Z. LEWIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:08-CV-130-TFM** |
| | ) | |
| **CHASE BANK USA, N.A.,** | ) | |
| | ) | |
| **Defendant.** | | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(l)(ii), plaintiff Daniel L. Lewis and defendant Chase Bank

USA, N.A., hereby stipulate to the dismissal of this action, with prejudice, each party to bear its own

costs.

s/ Lee M. Pope

Lee M. Pope
Attorney for Defendant
Chase Bank USA, N.A.

JOHNSTON BARTON PROCTOR & ROSE LLP
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, AL 35209
Telephone:  (205)458-9497
Facsimile:   (205)458-9500

s/ L. Shane Seaborn

L. Shane Seaborn
Attorney for Plaintiff
Daniel Z. Lewis

PENN & SEABORN, L.L.C.
P.O. Box 688
Clayton,  AL  36016
Telephone:  (334)775-9778
Facsimile:   (334)775-9779

W0636570.WPD