**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

March 31, 2008

## NOTICE OF REASSIGNMENT

RE:   Lewis v. Chase Bank USA, NA

      Civil Action No. 2:08cv130-TFM

The above-styled case has been reassigned to District Judge Mark E. Fuller. Please note that the number case number will be 2:08cv130-MEF.

Sincerely,

Sheryl K. Lent
Deputy Clerk